*J&K Tile Co. v. Wright & Morrissey, Inc.*, No. 208-3-16 Cncv (Mello, J., May 31, 2018).

[The text of this Vermont trial court opinion is unofficial. It has been reformatted from the original. The accuracy of the text and the accompanying data included in the Vermont trial court opinion database is not guaranteed.]

## STATE OF VERMONT

| | |
|---|---|
| SUPERIOR COURT | CIVIL DIVISION |
| Chittenden Unit | Docket No. 208-3-16 Cncv |

J&K TILE COMPANY,
    Plaintiff

    v.

WRIGHT & MORRISSEY, INC.,
    Defendant

## SUPPLEMENTARY JUDGMENT

This action came before the Court for decision on post-judgment motions, including cross-motions for attorney's fees, and the Court having issued a Ruling on May 31, 2018, holding that Plaintiff is entitled to a net recovery of attorney's fees in the amount of $36,125 under the Prompt Pay Act,

It is therefore hereby ORDERED and ADJUDGED that judgment be entered in favor of the Plaintiff to recover from the Defendant $36,125 in attorney's fees.

SO ORDERED this 31st day of May, 2018.

_____
Robert A. Mello, Superior Judge